IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
Civil Action No. 1:21-cv-380

| | |
|---|---|
| KIMBERLY WILLIAMS, | ) |
| PLAINTIFF, | ) ) ) |
| V. | ) ) |
| EEG, INC. d/b/a EMPIRE EDUCATION GROUP, INC., | ) ) ) |
| DEFENDANT. | ) ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby agree and stipulate to the immediate dismissal of this action with prejudice. Each party is to bear its own costs.

Dated this 23rd day of March, 2022.

WE ASK FOR THIS:

/s/ *Kimberly N. Williams*
Kimberly N. Williams (*Pro se*)
PO Box 2122
Greensboro, NC 27402
Email: Williamsk336@yahoo.com
Plaintiff

/s/ *R. Bryan Holbrook*
R. Bryan Holbrook (NC Bar No. 56201)
Fisher & Phillips LLP
227 West Trade Street, Suite 2020
Charlotte, North Carolina 28202
Telephone: (704) 778-4173
Email: bholbrook@fisherphillips.com
Counsel for Defendant